IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHANNEL INTELLIGENCE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. _____ |
| ) | |
| SBSH MOBILE SOFTWARE LTD., and ) | |
| UWYN BVBA/SPRL, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Channel Intelligence, Inc. ("Channel Intelligence"), hereby files its corporate disclosure statement. Channel Intelligence has no parent corporation. A publicly traded corporation, Internet Capital Group, Inc., owns more than 10% or more of Channel Intelligence's stock.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

James K. Lewis
PATTON BOGGS LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
(303)-830-1776

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderso.com

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

*Attorneys for Plaintiff
Channel Intelligence, Inc.*

Kevin M. Bell
PATTON BOGGS, LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
(703) 744-8000

Dated: July 15, 2008
874246 / 3319

2